No. 550, Misc. CIPOLLA *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 559, Misc. PRUESS, EXECUTOR, ET AL. *v.* HICKEL, SECRETARY OF THE INTERIOR. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Kashiwa, Roger P. Marquis,* and *George R. Hyde* for respondent.

No. 564, Misc. CHASE *v.* ROBBINS, WARDEN. C. A. 1st Cir. Certiorari denied. *Pierce B. Hasler* for petitioner. *James S. Erwin,* Attorney General of Maine, and *John W. Benoit, Jr.,* Assistant Attorney General, for respondent.

No. 566, Misc. MCDONALD *v.* KROPP, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 571, Misc. ALVAREZ *v.* FITZHARRIS, TRAINING FACILITY SUPERINTENDENT. Sup. Ct. Cal. Certiorari denied.

No. 606, Misc. RATHBURN *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. *John J. Callahan* for petitioner. *Harry Friberg* for respondent.

No. 614, Misc. SKINNER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 619, Misc. HUFF *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for the United States.